**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JONATHAN JOLIVERT,

                 Plaintiff,              **25 Civ. No. 5934 (MKV) (GS)**

       -against-                   **ORDER SCHEDULING**
                                        **ORAL ARGUMENT**

MARLYN KOPP,

                Defendant.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

An oral argument for Petitioner's Petition for Writ of Habeas Corpus is scheduled for

**Tuesday, June 16, 2026 at 10:00 a.m..** in Courtroom 9A, United States Courthouse, 500 Pearl

Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
          April 30, 2026

                                   _____
                                   The Honorable Gary Stein
                                   United States Magistrate Judge